

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 8, 2020

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:**   *United States v. Kevin Grant*, 20 Mag. 12903

Dear Judge McCarthy,

The Government has been informed of the arrest of the defendant, Kevin Grant, in the above-titled matter and respectfully requests that the complaint be unsealed.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962

SO ORDERED:

_____ 12-8-2020
JUDITH C. McCARTHY
United States Magistrate Judge