UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kevin Grant

                                          Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MJ 12903

Defendant Kevin Grant hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

Kevin Grant    DAH
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Kevin Grant

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser

This proceeding was conducted by reliable video or telephone conferencing technology.

12/8/2020
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge