UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

KEVIN GRANT

                                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

20 MJ 12903

Defendant _____Kevin Grant_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Kevin Grant_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_____Michael K. Burke_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/28/20
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge