

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
———
(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Esq. Partner
Mburke@hwb-lawfirm.com

January 29, 2021

Honorable Andrew E. Krause
United States Magistrate
United States District Court
300 Quaroppas St.
White Plains, New York 10601

Re: *United States v. Kevin Grant* 12 MJ 12903

Dear Judge Krause,

I am writing to request a brief extension to February 5th, 2021 to finalize and file the confession of judgment in Orange County clerk's office securing the bond with $50,000 equity in his home to satisfy my client's remaining bail condition. I have been in contact with Assistant United States Attorney Nick Bradley and he does not object to my requested.

Thank you for you consideration.

**APPLICATION GRANTED.**

**Dated: January 29, 2021**

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Very truly yours,

/s/
Michael K. Burke